UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRUCE INGRAHAM and
HOLLY INGRAHAM,

    Plaintiffs,

   -v-         1:20-CV-1188

SUSAN CASEY and JOHN
CASEY,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:       OF COUNSEL:

BRUCE & HOLLY INGRAHAM
Plaintiffs, Pro Se
P.O. Box 861
Lake Pleasant, NY 12108

DAVID N. HURD
United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

 On September 28, 2020, pro se plaintiffs Bruce Ingraham and Holly Ingraham ("plaintiffs") filed this action against defendants Susan Casey and John Casey ("defendants"). Dkt. No. 1. Plaintiffs also sought leave to proceed *in forma pauperis* ("IFP"). Dkt. Nos. 7, 9.

 On May 12, 2021, U.S. Magistrate Judge Christian F. Hummel granted plaintiffs' motions to proceed IFP and advised by Report & Recommendation

that the complaint be dismissed with prejudice. Dkt. No. 10. As Judge Hummel explained, plaintiffs' complaint—which set forth only state law claims against non-diverse parties—failed to comply with federal pleading standards. *Id.* Plaintiffs have not filed objections, and the time period in which to do so has expired. *See id.*

Upon review for clear error, the Report & Recommendation is accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 10) is accepted and adopted; and

2. Plaintiffs' complaint is DISMISSED with prejudice.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: June 2, 2021
       Utica, New York.